OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

HOSTAGE » PITNEY BOWES

ZIP 78701      $ 000.27⁵
02 1W
0001401623 SEP 18 2015

**9/16/2015**
**HERNANDEZ, CARLOS BARON**   **Tr. Ct. No. 2010-02-11472-CR-2   WR-82,794-02**

On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

CARLOS BARON HERNANDEZ
BOYD UNIT - TDC # 1774763
[redacted]